```
           IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                    HARRISON DIVISION
```

**SHEILA BOGGESS**                                                                **PLAINTIFF**

          **v.**          **Civil No. 06-3051**

**GANNETT CORPORATION and**
**THE BAXTER BULLETIN, INC.**                                                     **DEFENDANT**

<u>O R D E R</u>

Now on this 29th day of January, 2007, comes on for consideration **Defendants' Motion For Confidentiality Protective Order** (document #13). The motion states that "plaintiff has indicated that she is amenable to entering into a confidentiality agreement to prohibit the use of information designated confidential outside the confines of this litigation," but that she "is not willing to agree to seek an order from this Court that information designated confidential be filed under seal." This statement makes it clear that the only real dispute between the parties is not what must be produced, nor the confidentiality thereof, but only the manner in which confidential material should be handled in the event that it is to be filed as evidence in support of some future motion. The Court believes that such problems are sufficiently addressed by the privacy provisions of **General Order No. 36,** and the **CM/ECF Administrative Policies and Procedures Manual for Civil Filings** thereby approved, and that privacy problems can be readily avoided by redaction of identifying information as therein required. The motion is, therefore, **denied.**

    **IT IS SO ORDERED.**

                                                    /s/ Jimm Larry Hendren
                                                  **JIMM LARRY HENDREN**
                                                  **UNITED STATES DISTRICT JUDGE**